# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

[Third Proposed] Search and Review Protocol for the Email Accounts of Defendants

**I.   Instructions for Office of Information Technology**

Please use the following search protocol in the below-listed Defendants' email accounts. For the terms below, the symbol "!" is used as a root expander.

1. **Search Email Accounts of Custodians Bynum, Estelle, Davenport, Estes, Carter, Evans, Gordy, Malone, Sanders, Dunn, Thomas, Culliver, Peters, Bascomb, and Northcutt**

   A. <u>No Temporal Limitation</u>

   **Plaintiffs**

   - John Miller
     - John /2 Miller
     - [ADOC number]
   - Michael Townsel
     - Michael /2 Townsel
     - [ADOC number]
   - Michael McGregor
     - Michael /2 McGregor
     - [ADOC number]
   - William Casey:
     - William /2 Casey
     - [ADOC number]
   - Anthony Zeller
     - Anthony /2 Zeller
     - [ADOC number]

   **Assailants**

   - Jamal Denson:
     - Jamal /2 Denson
     - [ADOC number]
   - Lamont Wilson
     - Lamont /2 Wilson
     - [ADOC number]
   - Demetrius Burton
     - Demetrius /2 Burton
     - [ADOC number]
   - Roger Bivins:

Exhibit A

- o   Roger /2 Bivins
  - o   [ADOC number]
- Andrew Alexander
  - o   Andrew /2 Alexander
  - o   [ADOC number]

B. <u>January 1, 2012 to November 2015</u>

- PREA
- Rape!
- Rapis!
- Sex!
- Anal
- Oral
- Sodom!
- Consent!
- Sissy
- Homosexual
- Gay
- Faggot
- Queer
- Predator!
- Aggressor!
- Blind /2 spot!
- Hotline!
- Cheatham
- Duke /2 Dunn
- "Equal Justice Initiative"
- EJI

C. <u>Date of Mr. Miller's Complaint (Feb. 3, 2017) to Present</u>

- Loevy
- Lovey

2. **Search Email Accounts of Custodians Davenport, Estes, Evans, Carter**

    A. <u>January 1, 2014 to the Present</u>

    - Knif!
    - Kniv!
    - Weapon!
    - Stab!
    - Violen!
    - Shakedown!
    - Rover!
    - Audit & security
    - SCRR
    - Safety & concern
    - Safety & risk
    - Security /3 project
    - Media
    - Press
    - News!
    - Reporter
    - Article
    - Facebook
    - Assessment
    - "H Dorm" & safety
    - "Therapeutic Community" & assault
    - TC & assault
    - Sanders
    - Fife
    - Gordy
    - Hamilton
    - Bonner

3. **Search Email Accounts of Custodians Dunn, Thomas, Culliver**

    A. <u>January 1, 2014 to the Present</u>

    - "St. Clair" & knife
    - "SCCF" & knife
    - "St. Clair" & knives
    - "SCCF" & knives
    - "St. Clair" & violence
    - "SCCF" & violence
    - "St. Clair" & stabbing

- "SCCF" & stabbing
- "St. Clair" & weapon
- "SCCF" & weapon
- "St. Clair" & fix
- "SCCF" & fix
- "St. Clair" & plan
- "SCCF" & plan
- "St. Clair" & media
- "SCCF" & media
- "St. Clair" & press
- "SCCF" & press
- "St. Clair" & reporter
- "SCCF" & reporter
- Davenport
- Estes

4. **Search Email Accounts of Custodians Dunn, Thomas**

   A. <u>No Temporal Limitation</u>

   - Culliver & complain!
   - Culliver & personnel
   - Culliver & "human resources!"
   - Culliver & HR
   - Culliver & harass!

**Please send all emails retrieved from the searches above (including attachments) to Counsel for ADOC Allen Sheahan, through electronic transmittal information to be provided by Allen Sheahan.**

**Please notify Counsel for Plaintiffs Ruth Brown (ruth@loevy.com) of the number of emails that were retrieved and sent to Mr. Sheahan. Please do not, however, send the emails to Ms. Brown.**

II.   **Privilege Review**

Counsel for the ADOC Defendants shall have an opportunity to conduct a privilege review of the emails retrieved by the ADOC Office of Information Technology. No later than 7 calendar days after receipt of the emails from the ADOC Office of Information Technology, counsel for the ADOC Defendants will deliver all of the emails retrieved by the ADOC Office of Information Technology other than those withheld as privileged to Counsel for Plaintiffs Ruth Brown by electronic transmission or on a CD or DVD. The ADOC Defendants will also have the opportunity within that time frame to mark as "confidential" for security reasons any document that they contend is appropriately designated as such, pursuant to the

protective order in this case. The ADOC Defendants shall have an additional 30 days to claw back any documents erroneously disclosed over which they assert a privilege or erroneously disclosed without a confidentiality marking pursuant to the protective order.

No later than 14 calendar days after receipt of the emails from the ADOC Office of Information Technology, counsel for the ADOC Defendants shall provide Counsel for Plaintiffs with a privilege log for any emails withheld on the basis of privilege.

**Exhibit A**